979 A.2d 843

Brenda PETERS, Respondent

v.

Michael Francis PETERS, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the Application for Relief and the Petition for Allowance of Appeal are hereby **DENIED.**